H. NORTHWOOD CO. v. MACBETH–EVANS CO. (Circuit Court of Appeals, Fourth Circuit. May 20, 1921.) No. 1857. In Error to the District Court of the United States for the Northern District of West Virginia, at Philippi. John A. Howard and J. M. Ritz, both of Wheeling, W. Va., for plaintiff in error. Frank W. Nesbitt, of Wheeling, W. Va., Arthur S. Dayton, of Philippi, W. Va., and Reed, Smith, Shaw & Beal and W. M. Robinson, all of Pittsburgh, Pa., for defendant in error.

PER CURIAM. Cause dismissed, upon joint motion of plaintiff in error and defendant in error.

---

HOOD et al. v. PERKINS GLUE CO. (Circuit Court of Appeals, Sixth Circuit. June 29, 1921.) No. 3543. Appeal from the District Court of the United States for the Southern Division of the Western District of Michigan; Sessions, Judge. John B. Macauley and Edward Rector, both of Chicago, Ill., and Travis, Merrick, Warner & Johnson, of Grand Rapids, Mich., for appellants. Knappen, Uhl & Bryant, of Grand Rapids, Mich., and Wm. Houston Kenyon and Gorham Crosby, both of New York City, for appellee.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

THE HUGO. THE SUSAN A. MORAN. THE CHEROKEE. (Circuit Court of Appeals, Second Circuit. December 22, 1921.) Nos. 109, 110. Appeals from the District Court of the United States for the Southern District of New York. Libels in admiralty by the New York Contracting & Trucking Company and another against the steamship Hugo, her engines, etc., claimed by Neils Laurits Hansen, and the steam tug Susan A. Moran, her engines, etc., claimed by the Moran Towing & Transportation Company, and libel by Neils Laurits Hansen against the steam tug Susan A. Moran, her engines, etc., claimed by the Moran Towing & Transportation Company, and the dumper scow Cherokee, her engines, etc., claimed by the New York Trucking & Contracting Company. From adverse decrees (253 Fed. 851), the libelants in the first case and the claimant of the Cherokee in the second case appeal. Affirmed. Macklin, Brown, Purdy & Van Wyck, of New York City (P. M. Brown, of New York City, of counsel), for appellant. Park & Mattison, of New York City (Samuel Park, of New York City, of counsel), for the Susan A. Moran. Harrington, Bigham & Englar, of New York City (D. Roger Englar and Vine H. Smith, both of New York City, of counsel), for Hugo. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decrees affirmed, with costs.